# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

DONNIE RAY McKINLEY

V.

MATTHEW CATES; L.S. McEWEN;
E. BUTLER; E. MERCER,

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   11CV1292-BTM-MDD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is Dismissed without leave to amend for failing to state a claim upon which relief could be granted and for seeking monetary damages against immune defendants. *See* 28 U.S.C. §§ 1915(e)(2)(b) & 1915A(b).

| September 20, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) E. Silvas, Deputy Clerk |
| | ENTERED ON September 20, 2011 |

11CV1292-BTM-MDD